RECEIVED
IN LAKE CHARLES, LA
JUN 20 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| GEORGE DAVID TOKMAN | CIVIL ACTION NO. 06-0150 |
| VS. | SECTION P |
| TERRY TERRELL, WARDEN | JUDGE MINALDI |
| | MAGISTRATE JUDGE WILSON |

## J U D G M E N T

For the reasons stated in the Findings and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* should be **DENIED AND DISMISSED WITH PREJUDICE** because it appears from the petition and exhibits that petitioner is not entitled to relief;

**IT IS FURTHER ORDERED** that petitioner's Motion for Stay [doc. 7-1] be **DENIED**.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 16 day of June, 2006.

PATRICIA MINALDI
**UNITED STATES DISTRICT JUDGE**